# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN
# MILWAUKEE DIVISION

| | |
|---|---|
| KRISTINA GIBEAU, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br>vs.<br><br>MORGAN & ASSOCIATES, P.C.,<br><br>        Defendant. | Case No.: 13-CV-407<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE**<br><br>Hon. C.N. Clevert, Jr. |

THE PLAINTIFF, Kristina Gibeau, by counsel, Ademi & O'Reilly LLP, hereby gives notice pursuant to Rule 41 of the Federal Rules of Civil Procedure that this action is dismissed with prejudice and without costs to any party. No class has been certified in this case, and therefore Rule 23(e) of the Federal Rules of Civil Procedure does not apply. Further, the Defendant has not served an answer or motion for summary judgment, and therefore, dismissal does not require a court order, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated this 20th day of May 2013.

                                      s/ John D. Blythin
                                      John D. Blythin (SBN: 1046105)
                                      ADEMI & O'REILLY, LLP
                                      3620 East Layton Avenue
                                      Cudahy, WI 53110
                                      jblythin@ademilaw.com
                                      tel (414) 482-8000
                                      fax (414) 482-8001